Rosalind Shlossberg v. Louis V. Becker, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten

dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.